IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **Bernadette Denise Brooks** ) | |
| **SSN: ###-##-0012** ) | |
| ) | **CASE NO.: 19-02820-DSC13** |
| ) | |
| **Debtor.** ) | |

## TRUSTEE'S OBJECTION TO CLAIM

COMES NOW Bradford W. Caraway, Chapter 13 Standing Trustee, and hereby objects to the following claim filed:

| CLAIM NO. | CLAIMANT | AMOUNT |
|---|---|---|
| 011B | U S Bank Trust Na | $1,253.88 |

<u>Basis for Objection</u>

☐ Name of Debtor should be inserted.
☐ Debtor(s)' case number should be inserted.
☐ Form not signed by creditor/attorney/agent.
☒ Other: The amount of the amended claim is less than the amount already paid by the Trustee. The Trustee requests that this claim be allowed for the amount paid, or that the creditor refund the difference.

<u>/s/ Bradford W. Caraway</u>
Bradford W. Caraway
Chapter 13 Standing Trustee
P.O. Box 10848
Birmingham, AL 35202
(205) 323-4631

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing objection on the following by electronic service or U.S. Mail; postage prepaid and properly addressed on January 23, 2023.

Cindee Dale Holmes, Atty
Attorney for Debtor
cdholme@bellsouth.net


Bernadette Denise Brooks
Debtor
205 54th Street
Fairfield, Al 35064

U S Bank Trust Na  
U S Bank Trust Na, Creditor  
C/o Sn Servicing Corp  
323 5th Street  
Eureka, Ca 95501  

                                        /s/ Bradford W. Caraway  
                                        TRUSTEE